AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:16MJ1798 MAP |
| | ) | |
| VICTORIANO RUYAN | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* VICTORIANO RUYAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

Date: 12/8/16

*Issuing officer's signature*

City and state: Tampa, Florida

MARK A. PIZZO, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12-8-16, and the person was arrested on *(date)* 12-8-16
at *(city and state)* Bradenton FL.

Date: Dec 9, 2016

Sign for Ice
*Arresting officer's signature*

Emir Abreu
*Printed name and title*